# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 07 2016
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ a _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARELY JIMENEZ-SILLAS (2)<br><br>Defendant. | Case No. 16cr1264eWQH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

__  the Court has granted the motion of the defendant for a judgment of acquittal; or
__  a jury has been waived, and the Court has found the defendant not guilty; or

__  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

21:952, 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/7/2016

_____
Hon. Nita L. Stormes
United States Magistrate Judge